UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00075 (rev 05/2016)

In re:

**ITT Educational Services, Inc.**,
**Daniel Webster College, Inc.**,
**ESI Service Corp.**,
     Debtors.

**Deborah Caruso**,
     Plaintiff,
  vs.
**Kevin Modany**,
**John E. Dean**,
**C. David Brown II**,
et al.,
     Defendants.

Case No. **16–07207–JMC–7A**

Adv. Proc. No. **18–50100**

## NOTICE OF DEFICIENT FILING

A Motion for Authority was filed on June 28, 2018, by Defendant Joanna T. Lau, Defendant Thomas I. Morgan, Defendant John Vincent Weber, Defendant Samuel L. Odle, Defendant Jerry M. Cohen, Defendant John E. Dean, Defendant C. David Brown II, and Defendant John F. Cozzi.

**NOTICE IS GIVEN** that the document is deficient as follows:

> Incorrect event used. Document must be re–filed using Stay Pending Appeal/Withdrawal of Reference, Motion for event on Bankruptcy>Appeal/Related Events menu.

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by July 13, 2018, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  June 29, 2018

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court