## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>ITT EDUCATIONAL SERVICES, INC., *et al.*,<br><br>Debtors. | Case No. 16-07207-JMC-7A<br><br>Chapter 7<br><br>Jointly Administered |
| DEBORAH J. CARUSO, the CHAPTER 7 TRUSTEE for ITT EDUCATIONAL SERVICES, INC., ESI SERVICE CORP. and DANIEL WEBSTER COLLEGE, INC.,<br><br>                Plaintiff,<br>-against-<br><br>KEVIN MODANY, JOHN E. DEAN,<br>C. DAVID BROWN II, JOANNA T. LAU,<br>THOMAS I. MORGAN, JOHN VINCENT<br>WEBER, JOHN F. COZZI, SAMUEL L.<br>ODLE, and JERRY M. COHEN,<br><br>                Defendants. | Adv. Proceeding No. 18-50100 |

## MOTION TO APPEAR *PRO HAC VICE*

Rachel Jaffe Mauceri of the law firm Morgan, Lewis & Bockius LLP hereby moves the Court for an Order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Kevin M. Modany in the above-cause only. In support of this motion, the undersigned states:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| Courts | Date of Admission |
|---|---|
| New Jersey | 2002 |
| New York | 2003 |
| Pennsylvania | 2008 |
| US District Court Southern District of New York | |
| US District Court District of New Jersey | |
| US District Court Eastern District of Pennsylvania | |

2. The applicant is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. Attached to this Motion as Exhibit "A" is an affidavit as required by S.D. Ind. B-9010-3.

WHEREFORE, the applicant respectfully requests that this Court enter an Order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

By: /s/ *Rachel Jaffe Mauceri*
    Rachel Jaffe Mauceri, Esq.
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103
    Phone: 215.963.5000
    Fax: 215.963.5001
    rachel.mauceri@morganlewis.com

*Attorney for Kevin M. Modany*

**CERTIFICATE OF SERVICE**

    I, Rachel Jaffe Mauceri, hereby certify that on July 26, 2018, a copy of the foregoing Pro Hac Vice Motion was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system:

| | |
|---|---|
| Richard Allyn<br>rallyn@robinskaplan.com | U.S. Trustee<br>ustpregion10.in.ecf@usdoj.gov |
| Thomas Berndt<br>tberndt@robinskaplan.com<br>jgerboth@robinskaplan.com | Gregory Forrest Hahn<br>ghahn@boselaw.com |
| Michael Anthony Collyard<br>mcollyard@robinskaplan.com<br>rhoule@robinskaplan.com | Vilda Samuel Laurin, III<br>slaurin@boselaw.com<br><br>James P Moloy<br>jmoloy@boselaw.com |
| John C. Hoard<br>johnh@rubin-levin.net<br>jkrichbaum@rubin-levin.net<br>atty_jch@trustesolutions.com | Paul D. Vink<br>pvink@boselaw.com |
| Carly Kessler<br>ckessler@robinskaplan.com | |
| Ronald James Schutz<br>rschutz@robinskaplan.com | |

                                              */s/ Rachel Jaffe Mauceri*
                                              Rachel Jaffe Mauceri