# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ITT EDUCATIONAL SERVICES, INC. |
| **Case Number:** | 16-07207-JMC-7A    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JULY 25, 2018 01:30 PM   IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

## *Matter:*

ADV: 1-18-50100

**Deborah Caruso vs Kevin Modany**

Hearing on Motion for Stay Pending Withdrawal of Reference; Objection of Trustee [47], [54]

**R / M #:**   0 / 0

## *Appearances:*

JOHN C. HOARD, ATTORNEY FOR DEBORAH CARUSO
JEFFREY A. HOKANSON AND RACHEL JAFFE MAUCERI, ATTORNEYS FOR KEVIN MODANY
VILDA SAMUEL LAURIN, III AND JAMES P. MOLOY, ATTORNEYS FOR C. DAVID BROWN II, JOHN E. DEAN, JOANNA T. LAU, JOHN VINCENT ("VIN") WEBER, JERRY M. COHEN, SAMUEL L. ODLE, JOHN F. COZZI, THOMAS I. MORGAN

## *Proceedings:*

Disposition: Hearing held and continued to 9/12/18 at 1:30 p.m.   Notice given in open court.  The *Notice of Initial Extension of Time to Respond to Complaint and Joint Motion to Further Extend Time to Respond to Complaint* filed by Mr. Modany (docket no. 48) is granted.  The oral motion of all defendants (except Mr. Modany) to extend the deadline to respond to the complaint is granted.  The deadline for all defendants to answer or otherwise respond to the complaint is 8/24/18.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**