**SO ORDERED: July 27, 2018.**



_____
**James M. Carr
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**ITT Educational Services, Inc.**,
**Daniel Webster College, Inc.**,
**ESI Service Corp.**,
      Debtors.

**Deborah Caruso**,
      Plaintiff,
  vs.
**Kevin Modany**,
**John E. Dean**,
**C. David Brown II**,
et al.,
      Defendants.

Case No. **16–07207–JMC–7A**

Adv. Proc. No. **18–50100**

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

A Motion to Appear Pro Hac Vice was filed on July 26, 2018, by Rachel Jaffe Mauceri.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Defendant Kevin Modany must distribute this order.

###