UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No.  16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| DEBORAH J. CARUSO, the CHAPTER 7 | ) | |
| TRUSTEE for ITT EDUCATIONAL | ) | |
| SERVICES, INC., ESI SERVICE CORP. and | ) | |
| DANIEL WEBSTER COLLEGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 18-50100 |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN MODANY, JOHN E. DEAN, C. DAVID | ) | |
| BROWN II, JOANNA T. LAU, THOMAS I. | ) | |
| MORGAN, JOHN VINCENT WEBER, JOHN F. | ) | |
| COZZI, SAMUEL L. ODLE, and JERRY M. | ) | |
| COHEN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF INITIAL EXTENSION OF TIME TO RESPOND
TO FORMER DIRECTORS' MOTION TO DISMISS COMPLAINT**

Come now Deborah J. Caruso, the Chapter 7 Trustee for ITT Educational Services Inc.,

ESI Service Corp. and Daniel Webster College, Inc. ("the Trustee"), by counsel, and pursuant to

S.D. Ind. B. 7006-1 hereby notice the Court and parties as follows:

1.      On August 24, 2018, counsel for John E. Dean, C. David Brown II, Joanna T.

Lau, Thomas I. Morgan, John Vincent Weber, John F. Cozzi, Samuel L. Odle and Jerry M.

Cohen (collectively, the "Former Directors") filed a Motion to Dismiss the Complaint ("Motion

to Dismiss").

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

2.      The original due date for the Trustee's response to the Motion to Dismiss is

September 21, 2018.

3.      The Trustee requests an initial fourteen (14) day extension of time within which

to file a response to the Motion to Dismiss.

4.      Counsel for the Former Directors does not object to the requested extension.

5.      The due date for the Trustee's response to the Motion to Dismiss is hereby

extended to and including October 5, 2018.

                                                    Respectfully submitted,


/s/ Ronald J. Schutz                              /s/ John C. Hoard
Ronald J. Schutz                                  John C. Hoard

Ronald J. Schutz (admitted *pro hac vice*)        John C. Hoard (Atty. No. 8024-49)
Carly A. Kessler (admitted *pro hac vice)*        **RUBIN & LEVIN, P.C.**
**ROBINS KAPLAN LLP**                             135 N. Pennsylvania Street, Suite 1400
399 Park Avenue, Suite 3600                       Indianapolis, IN 46204
New York NY 10022                                 Telephone: (317) 634-0300
Telephone: (212) 980-7400                         Facsimile: (317) 263-9411
Facsimile: (212) 980-7499

                                                  *Co-counsel to the Trustee*

-and-

Michael A. Collyard (admitted *pro hac vice*)
Richard B. Allyn (admitted *pro hac vice*)
Thomas F. Berndt (admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

*Co-counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, a copy of the foregoing *Notice of Initial Extension of Time to Respond to Former Directors' Motion to Dismiss Complaint* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Filing System. Party/parties may access this filing through the Court's system.

Richard Allyn     rallyn@robinskaplan.com
Thomas Berndt     tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John Cannizzaro     john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Michael Anthony Collyard     mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Elaine Victoria Fenna     elaine.fenna@morganlewis.com
John C Goodchild     john.goodchild@morganlewis.com
Gregory Forrest Hahn     ghahn@boselaw.com, jmcneeley@boselaw.com
John C. Hoard     johnh@rubin-levin.net, jkrichbaum@rubin-levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Jeffrey A Hokanson     jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Carly Kessler     ckessler@robinskaplan.com
Vilda Samuel Laurin     slaurin@boselaw.com
Rachel Jaffe Mauceri     rachel.mauceri@morganlewis.com
James P Moloy     jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald James Schutz     rschutz@robinskaplan.com
U.S. Trustee     ustpregion10.in.ecf@usdoj.gov
Paul D. Vink     pvink@boselaw.com, clindsey@boselaw.com
Philip A. Whistler     philip.whistler@icemiller.com, carla.persons@icemiller.com

I further certify that on the September 11, 2018, a copy of the foregoing *Notice of Initial Extension of Time to Respond to Former Directors' Motion to Dismiss Complaint* was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

None.

/s/ John C. Hoard
John C. Hoard

\\Pa1\data\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Adversary Proceedings\D&O - 86723909\Drafts\Notice of Ext of Time (Directors).docx