UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*[1] | ) | Case No. 16-07207-JMC-7A |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| DEBORAH J. CARUSO, the CHAPTER 7 | ) | |
| TRUSTEE for ITT EDUCATIONAL | ) | |
| SERVICES, INC., ESI SERVICE CORP. and | ) | |
| DANIEL WEBSTER COLLEGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary No. 18-50100 |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN MODANY, JOHN E. DEAN, C. DAVID | ) | |
| BROWN II, JOANNA T. LAU, THOMAS I. | ) | |
| MORGAN, JOHN VINCENT WEBER, JOHN F. | ) | |
| COZZI, SAMUEL L. ODLE, and JERRY M. | ) | |
| COHEN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF INITIAL EXTENSION OF TIME TO RESPOND TO
DEFENDANT KEVIN MODANY'S MOTION TO DISMISS COMPLAINT**

Come now Deborah J. Caruso, the Chapter 7 Trustee for ITT Educational Services Inc.,

ESI Service Corp. and Daniel Webster College, Inc. ("the Trustee"), by counsel, and pursuant to

S.D. Ind. B. 7006-1 hereby notice the Court and parties as follows:

1.      On August 24, 2018 counsel for Defendant Kevin Modany ("Modany") filed a

Motion to Dismiss the Adversary Complaint ("Motion to Dismiss").

2.      The original due date for the Trustee's response to the Motion to Dismiss is

September 21, 2018.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

3.      The Trustee requests an initial fourteen (14) day extension of time within which to file a response to the Motion to Dismiss.

4.      Counsel for Modany does not object to the requested extension.

5.      The due date for the Trustee's response to Modany's Motion to Dismiss is thereby extended to and including October 5, 2018.

Respectfully submitted,

/s/ Ronald J. Schutz         /s/ John C. Hoard
Ronald J. Schutz           John C. Hoard

Ronald J. Schutz (admitted *pro hac vice*)   John C. Hoard (Atty. No. 8024-49)
Carly A. Kessler (admitted *pro hac vice*)   **RUBIN & LEVIN, P.C.**
**ROBINS KAPLAN LLP**       135 N. Pennsylvania Street, Suite 1400
399 Park Avenue, Suite 3600     Indianapolis, IN 46204
New York NY 10022        Telephone: (317) 634-0300
Telephone: (212) 980-7400      Facsimile: (317) 263-9411
Facsimile: (212) 980-7499

                  *Co-counsel to the Trustee*

-and-

Michael A. Collyard (admitted *pro hac vice*)
Richard B. Allyn (admitted *pro hac vice*)
Thomas F. Berndt (admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

*Co-counsel to the Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2018, a copy of the foregoing *Notice of Initial Extension of Time to Respond to Defendant Kevin Modany's Motion to Dismiss Complaint* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Filing System. Party/parties may access this filing through the Court's system.

Richard Allyn      rallyn@robinskaplan.com
Thomas Berndt      tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John Cannizzaro      john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Michael Anthony Collyard      mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Elaine Victoria Fenna      elaine.fenna@morganlewis.com
John C Goodchild      john.goodchild@morganlewis.com
Gregory Forrest Hahn      ghahn@boselaw.com, jmcneeley@boselaw.com
John C. Hoard      johnh@rubin-levin.net, jkrichbaum@rubin-
levin.net;atty_jch@trustesolutions.com;sturpin@rubin-levin.net
Jeffrey A Hokanson      jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Carly Kessler      ckessler@robinskaplan.com
Vilda Samuel Laurin      slaurin@boselaw.com
Rachel Jaffe Mauceri      rachel.mauceri@morganlewis.com
James P Moloy      jmoloy@boselaw.com,
dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald James Schutz      rschutz@robinskaplan.com
U.S. Trustee      ustpregion10.in.ecf@usdoj.gov
Paul D. Vink      pvink@boselaw.com, clindsey@boselaw.com
Philip A. Whistler      philip.whistler@icemiller.com, carla.persons@icemiller.com

      I further certify that on the September 11, 2018, a copy of the foregoing *Notice of Initial Extension of Time to Respond to Defendant Kevin Modany's Motion to Dismiss Complaint* was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

None.

                                      */s/ John C. Hoard*
                                      John C. Hoard

\\Pa1\data\WP80\TRUSTEE\Caruso\ITT Educational - 86723901\Adversary Proceedings\D&O - 86723909\Drafts\Notice of Ext of Time (Modany).docx