# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ITT EDUCATIONAL SERVICES, INC. |
| **Case Number:** | 16-07207-JMC-7A    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 12, 2018 01:30 PM    IP 325 |
| **Bankruptcy Judge:** | JAMES M. CARR |
| **Courtroom Clerk:** | HEATHER BUTLER |
| **Reporter / ECR:** | HEATHER BUTLER |

### Matter:

ADV: 1-18-50100

**Deborah Caruso vs Kevin Modany**

Continued Hearing on Motion for Stay Pending Withdrawal of Reference; Objection of Trustee [47], [54]

**R / M #:**    0 / 0

### Appearances:

CARLY KESSLER, ATTORNEY FOR DEBORAH CARUSO
THOMAS BERNDT, ATTORNEY FOR DEBORAH CARUSO
JOHN C. HOARD, ATTORNEY FOR DEBORAH CARUSO
JOHN CANNIZZARO, ATTORNEY FOR KEVIN MODANY
JEFFREY A HOKANSON, ATTORNEY FOR KEVIN MODANY
JAMES MOLOY, ATTORNEY FOR JOHN DEAN, C. DAVID BROWN, JOANNA LAU, THOMAS MORGAN, JOHN WEBER, JOHN COZZI, SMAUEL ODLE, JERRY COHEN,

### Proceedings:

Disposition:  Hearing held.  Matter continued to 11/7/18 at 1:30 p.m.  Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**