# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br><br>ITT EDUCATIONAL SERVICES, INC., *et al.*[1]<br><br>        Debtors. | Case No. 16-07207-JMC-7A<br><br>Jointly Administered |
| DEBORAH J. CARUSO, Chapter 7 Trustee for the Debtors,<br><br>        Plaintiff,<br><br>    vs.<br><br>KEVIN MODANY, et al.,<br><br>        Defendants. | Adv. Pro. No. 18-50100 |

## **AGREED ENTRY EXTENDING TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT KEVIN MODANY'S MOTION TO DISMISS**

Now come defendant Kevin Modany and plaintiff Deborah Caruso, by counsel, and hereby state as follows:

1.   On August 24, 2018, Mr. Modany filed a Motion to Dismiss Adversary Complaint (the "Motion to Dismiss").

2.   On October 5, 2018, Plaintiff filed a response to the Motion to Dismiss.

3.   The parties have agreed to extend the time in which Mr. Modany may file a reply to the response to the Motion to Dismiss to **October 26, 2018**.

WHEREFORE, the parties hereby request that the Court approve the extension of the reply deadline and for any such further relief as the Court deems proper.

---

[1] The debtors in these cases, along with the last four digits of their respective federal tax identification numbers are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

Respectfully submitted,

/s/ John C. Cannizzaro
**ICE MILLER LLP**
John C. Cannizzaro
Jeffery A. Hokanson
250 West Street, Suite 700
Columbus, OH 43215-7509
P: (614) 462-1070  F: (614) 232-6923
john.cannizzaro@icemiller.com

Jeffery A. Hokanson
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Facsimile: (317) 236-2219
jeff.hokanson@icemiller.com

**MORGAN, LEWIS & BOCKIUS LLP**
John C. Goodchild, III (pro hac vice)
Rachel Jaffe Mauceri (pro hac vice)
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
john.goodchild@morganlewis.com
rachel.mauceri@morganlewis.com

Elaine V. Fenna (pro hac vice)
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
elaine.fenna@morganlewis.com

*Counsel for Defendant Kevin Modany*

/s/ Ronald J. Schutz
**ROBINS KAPLAN LLP**
Ronald J. Schutz (admitted pro hac vice)
Carly A. Kessler (admitted pro hac vice)
399 Park Avenue, Suite 3600
New York NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
rschutz@robinskaplan.com
ckessler@robinskaplan.com

Michael A. Collyard (pro hac vice)
Richard B. Allyn (pro hac vice)
Thomas F. Berndt (pro hac vice)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
mcollyard@robinskaplan.com
rallyn@robinskaplan.com
tberndt@robinskaplan.com

**RUBIN & LEVIN, P.C.**
John C. Hoard (Atty. No. 8024-49)
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 634-0300
Facsimile: (317) 263-9411
johnh@rubin-levin.net

*Counsel for Plaintiff Deborah Caruso*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following through the Court's Electronic Filing System. Parties may access this filing through the Court's system.

Richard Allyn rallyn@robinskaplan.com
Thomas Berndt tberndt@robinskaplan.com, jgerboth@robinskaplan.com
John Cannizzaro john.cannizzaro@icemiller.com, Deborah.Martin@icemiller.com
Michael Anthony Collyard mcollyard@robinskaplan.com, rhoule@robinskaplan.com
Elaine Victoria Fenna elaine.fenna@morganlewis.com
John C Goodchild john.goodchild@morganlewis.com
Gregory Forrest Hahn ghahn@boselaw.com, jmcneeley@boselaw.com
John C. Hoard johnh@rubin-levin.net, jkrichbaum@rubin-levin.net, atty_jch@trustesolutions.com, sturpin@rubin-levin.net
Jeffrey A Hokanson jeff.hokanson@icemiller.com, Kathy.peed@icemiller.com
Carly Kessler ckessler@robinskaplan.com
Vilda Samuel Laurin slaurin@boselaw.com
Rachel Jaffe Mauceri rachel.mauceri@morganlewis.com
James P Moloy jmoloy@boselaw.com, dlingenfelter@boselaw.com;mwakefield@boselaw.com
Ronald James Schutz rschutz@robinskaplan.com
U.S. Trustee ustpregion10.in.ecf@usdoj.gov
Paul D. Vink pvink@boselaw.com, clindsey@boselaw.com

/s/ John C. Cannizzaro
John C. Cannizzaro

3